UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

OLIVIA LEE,
        Plaintiff,

v.

ENTERPRISE RECOVERY SYSTEMS, INC., et al.,
        Defendants.
_____/

No. C 09-3812 JW

**ORDER GRANTING REQUEST FOR DEFENDANT ENTERPRISE RECOVERY SYSTEM, INC.'S CORPORATE REPRESENTATIVE AND INSURANCE CARRIER REPRESENTATIVE TO BE EXCUSED FROM PERSONALLY ATTENDING THE ENE SESSION**

Date:     April 13, 2010
Mediator:  Peter Califano

IT IS HEREBY ORDERED that the request for defendant Enterprise Recovery Systems, Inc.'s corporate representative and insurance carrier representative be excused from personal appearance at the April 13, 2010 ENE session before Peter Califano is GRANTED. Both individuals shall be available to participate by telephone at all times during the session pursuant to ADR L.R. 5-10.

IT IS SO ORDERED.

March 23, 2010        By:        *Elizabeth D. Laporte*
Dated                                              Elizabeth D. Laporte
                                                   United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California