Mark T. McClenning, CA SBN 206177
Attorney at Law
725 North Sycamore Avenue, #21
Los Angeles, California 90038
Telephone: (323) 924-5933
McClenningLaw@ca.rr.com

Attorney for Plaintiff Olivia Lee

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| Olivia Lee, an individual, | Case No. 5:09-cv-03812-JW |
| Plaintiff, | ORDER RE ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 [~~PROPOSED~~] |
| vs. | |
| Enterprise Recovery Systems, Inc., an Illinois Corporation; and Does 1-10, inclusive, | |
| Defendants. | |

Based on the April 6, 2010 Federal Rule of Civil Procedure 68 Offer of Judgment from defendant Enterprise Recovery Systems, Inc. ("ERS") and plaintiff Olivia Lee's April 7, 2010 acceptance of defendant's FRCP 68 offer of judgment, the Court hereby orders that:

Judgment is taken in favor of plaintiff OLIVIA LEE, and against defendant ERS, in the total sum of $5,000, in total and complete satisfaction of any and all claims for damages, costs, expenses, attorneys' fees, and interest otherwise recoverable in this action. The Court terminated any remaining pending deadlines, hearings or motions. The Clerk shall close this file.

DATED: _____April 13_____, 2010    ___/s/ James Ware_____
                                          Honorable James Ware
                                          United States District Court Judge

ORDER RE ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 - Page 1